# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOVE HAVEN, LLC** | **CIVIL ACTION NO.** |
| | **JUDGE** |
| **VERSUS** | **MAGISTRATE** |
| **ATAIN SPECIALTY INSURANCE COMPANY** | |

## NOTICE FOR REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Atain Specialty Insurance Company, which files this Notice for Removal pursuant to 28 U.S.C. §1332 and 1441 to hereby remove this matter from state court to the docket of this Honorable Court and respectfully represents the following:

## BACKGROUND

1.

This action has been brought in the 18TH Judicial District Court for the Parish of Pointe Coupee, State of Louisiana, entitled "*Dove Haven, LLC vs. Atain Specialty Insurance Company*" bearing Civil Action Number 2299, Division D, with the petition being filed on November 4, 2024.  (*See* Petition for Damages attached as Exhibit "A").

2.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant in said action are attached hereto as Exhibit A.

3.

Additionally, as required, a list of all attorneys, including their addresses, telephone

numbers and parties represented is attached hereto as Exhibit B.

**4.**

This action is a civil action brought by Plaintiff, Dove Haven, LLC, seeking to recover damages as alleged in Plaintiff's Petition for Damages stemming from property damage allegedly incurred as a result of a thunderstorm that occurred on January 24, 2023. (See Petition for Damages attached hereto as Exhibit "A").

**5.**

Defendant, Atain Specialty Insurance Company, was served with a copy of the Plaintiff's lawsuit on November 26, 2024; therefore, removal is timely under 28 U.S.C. §1446(B)(1)-(3).

**BASIS OF REMOVAL**

**6.**

The grounds for removal are diversity of citizenship under 28 U.S.C. §1332 and 28 U.S.C. §1441—Defendant is completely diverse from the Plaintiff and the amount in controversy exceeds $75,000.00, in light of the damages alleged in Plaintiffs' petition.

**7.**

Plaintiff is a citizen of the State of Louisiana.

**8.**

Defendant, Atain Specialty Insurance Company, is domiciled in Michigan.

**9.**

Because the Plaintiff is a citizen of Louisiana and Defendant is a citizen of Michigan, complete diversity of citizenship exists among the parties.

**10.**

Defendant denies liability for any damages sought by Plaintiff; however, upon

information and belief, the amount in controversy exceeds the requisite jurisdictional amount of $75,000.00.

**11.**

Plaintiff alleges that Defendant breached its contract and intentionally and/or negligently adjusted Plaintiff's insurance claim in bad faith following the storm. Plaintiff further alleges that the January 24, 2023 storm caused significant damages to the property located at 5968 Parlange Lane, Livonia, Louisiana 70755. Plaintiff further allege that the property and contents therein were significantly damaged and suffered a diminution in value. As a result, Plaintiff seeks damages as follows:

1. Property damages;
2. Loss of contents;
3. Business income loss;
4. Loss of use and enjoyment of property;
5. Repair and remediation expenses;
6. Loss of investment value of funds used to offset Atain's failure to pay, including lost interest;
7. Inconvenience;
8. Loss of use and/or business interruption;
9. Attorneys' fees, other professional fees, and litigation costs;
10. Diminution of value of property;
11. The penalties proscribed by La. R.S. 22:1892 and 22:1973;
12. Attorneys fees and cost of this litigation; and
11. Any and all other damages which will be shown through discovery and proven at

trial.

*See* Exhibit "A" at DAMAGES.

## REMOVAL PROCEDURE

**12.**

This Notice of Removal is filed within 30 days of the receipt by or service upon the Defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

**13.**

The state court action was commenced on November 4, 2024, and this removal has been filed within 1 year after its commencement.

**14.**

Venue is proper within the Middle District of Louisiana because the matter is being removed from the 18th Judicial District Court for the Parish of Pointe Coupee—a court which the Middle District of Louisiana embraces, and more specifically:

> Hon. Tonya S. Lurry
> 18th Judicial District Court for the
> Parish of Point Coupee, State of Louisiana
> Division D
> 201 East Main Street
> New Roads, Louisiana 70760

**15.**

Under 28 U.S.C. §1446(d), the mover affirms that it will give written notice of this removal to all adverse parties and will file a copy of the Notice with the 18th Judicial District Court for the Parish of Pointe Coupee, State of Louisiana.

**16.**

Pursuant to 28 U.S.C. §1447(b) and LR 3.2, mover identifies all counsel as follows:

a. ***Counsel for Plaintiff— Dove Haven, LLC***
Kendall J. Krielow, Esq.
Krielow Law Firm, LLC
PO Box 1197
Thibodaux, Louisiana 70302
Tel: (985) 324-3400
Fax: (985) 324-3460
Email: kjk@krielowlaw.com

b. ***Counsel for Defendant— Atain Specialty Insurance Company***
James A. Prather, Esq.
Greg C. Fuxan., Esq.
Galloway, Johnson, Tompkins, Burr & Smith
#3 Sanctuary Boulevard, First Floor
Mandeville, Louisiana  70471
Tel.:  (985)-674-6680
Fax:   (985)-674-6681
Email: jprather@gallowaylawfirm.com
       gfuxan@gallowaylawfirm.com

**17.**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal.  He likewise certifies that to the best of his knowledge, information, and belief formed after reasonable inquiry, the Notice is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

**WHEREFORE,** Defendant, Atain Specialty Insurance Company, prays that this Notice of Removal be accepted as good and sufficient, and that this civil action be removed from the 18th Judicial District Court for the Parish of Pointe Coupee, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and

proceedings of the action from the 18th Judicial District Court for the Parish of Pointe Coupee, State of Louisiana, and then proceed with the civil action as if it had been originally commenced in this Court.

        Respectfully submitted,

        **GALLOWAY, JOHNSON, TOMPKINS,**
        **BURR & SMITH, APLC**

        */s/ Greg C. Fuxan*
        **JAMES A. PRATHER (#20595) (T.A.)**
        **GREG C. FUXAN (#20595)**
        3 Sanctuary Boulevard, Third Floor
        Mandeville, Louisiana 70471
        Telephone: 985-674-6680
        Facsimile: 985-674-6681
        *Counsel for Atain Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2024, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

        */s/ Greg C. Fuxan*
        **GREG C. FUXAN**